EXHIBIT "G"

4838-2734-1513, v. 1



Vice President
jbrennan@thefederalsavingsbank.com

Chicago, IL 60607
Ph: (312) 738-6081
Fax: (312) 212-5553

This TERM SHEET is not a Commitment to Lend but is a Proposal for Discussion Purposes Only. A Commitment Can Only be Issued after Loan Committee Approval is Received and All Conditions are Met. Loan Terms are for Discussion Purposes Only. The following is not a complete set of loan requirements those will be spelled out in the Loan Documents

Paul J. and Kathleen B. Manafort are seeking a Commercial Real Estate loan for the refinance and completion of construction at 377 Union Street Brooklyn NY. Proposed terms for the loan include the following:

| | |
|---|---|
| Owner(s): | Paul J. and Kathleen B. Manafort |
| Borrower(s) | Paul J. and Kathleen B. Manafort |
| Loan Amount: | $6,500,000 |
| Maximum LTV: | must appraise for no less than $6,300,000 on an "As Completed" basis. |
| Term: | 12 Months Interest Only Construction Loan |
| | Maximum of 5 construction draws. All draws are subject to a completeness inspection and payments will be made through a title company after received of acceptable lien waivers. |
| Interest Rate | 7.25% |
| Origination Fees | 2% of the loan amount plus application fee of $5,000 |
| Collateral | First Mortgage and Assignment of Rents in the full loan amount on the property located at 377 Union Street Brooklyn NY 11231. Borrowers will pledge a Deposit Account with The Federal Savings Bank that must maintain a minimum balance of $2,500,000.00. |
| Third Party Costs | The borrower will be responsible to reimburse TFSB for all Third Party costs incurred including but not limited to Appraisals, Contractor Review and Attorney fees. |
| Guarantors: | Paul J. and Kathleen B. Manafort |
| Payments: | Directly from a TFSB account |
| Additional Conditions | |
| | Prior to the closing the bank must receive a set of Plans, Drawing, Copy of Permit and Contractor's Sworn Statement |
| | General Contractor must be approved by The Federal Savings Bank. Once the budget is set any Change Orders that increase the budget must be paid to the Bank. |

WWW.THEFEDERALSAVINGSBANK.COM



If the terms are agreed to, then the customer must pay the application fee as well as the two origination points. Once the fees are received and an account is set up at the bank, underwriting is completed and satisfactory appraisal is received we will have the attorney prepare the loan documents at the client's expense and close the loan.

Title to the property must in the names of Paul J. and Kathleen B. Manafort. All documents must be signed by the borrowers. No Power of Attorney will be allowed.

Loan Closing: After, Loan Approval is received and all Closing Conditions are met

**Borrower must return a signed copy of this Term Sheet no later than December 23rd along with a check to cover the application fees as well as Two Point Origination Fee. The Term Sheet expires at the earlier of the Closing of the Loan or 10 days from its issuance.**

Borrower's Printed Name: PAUL J. MANAFORT

Borrower's Signature: *[signature]*

Date: 12-22-16

Borrower's Printed Name: KATHLEEN MANAFORT

Borrower's Signature: *[signature] Kathleen Manafort*

Date: 12-22-16




WWW.THEFEDERALSAVINGSBANK.COM