# EXHIBIT "I"

4838-2734-1513, v. 1

# Jim Brennan

| From: | Jim Brennan |
| --- | --- |
| Sent: | Thursday, October 19, 2017 11:25 AM |
| To: | 'christopher doyle' |
| Cc: | Paul Manafort; Dennis Raico; Javier Ubarri |
| Subject: | RE: 377 Union progress |

Chris,

Monday is fine rather have a complete picture instead of a total number. Thanks



Jim Brennan, Vice President,
The Federal Savings Bank | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607
direct: (312) 738-6081
fax: (312) 491-5368
email: jbrennan@thefederalsavingsbank.com

web: www.thefederalsavingsbank.com

 

This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this information in error, please notify us.

From: christopher doyle [mailto:cdpar3@msn.com]
Sent: Thursday, October 19, 2017 11:22 AM
To: Jim Brennan <jbrennan@thefederalsavingsbank.com>
Cc: Paul Manafort <pmanafort@dmpint.com>; Dennis Raico <draico@thefederalsavingsbank.com>
Subject: Re: 377 Union progress

I spoke to Javier and Dennis we went over numbers and I was to put in req with final number by Monday if you would like I can total now and send over if you would like

Christopher doyle
32-433-6939

1

On Oct 19, 2017, at 12:16 PM, Jim Brennan <jbrennan@thefederalsavingsbank.com> wrote:

> Paul,
>
> Thanks for the clarification. We are still waiting for the final budget from Chris.
>
> <image001.jpg> <image002.jpg>
>
> Jim Brennan, Vice President,
> The Federal Savings Bank | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607
> direct: (312) 738-6081
> fax: (312) 491-5368
> email: jbrennan@thefederalsavingsbank.com
>
> web: www.thefederalsavingsbank.com
>
> <image003.jpg>
>
> This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this information in error, please notify us.
>
> **From:** Paul Manafort [mailto:pmanafort@dmpint.com]
> **Sent:** Thursday, October 19, 2017 10:26 AM
> **To:** Jim Brennan <jbrennan@thefederalsavingsbank.com>
> **Cc:** Dennis Raico <draico@thefederalsavingsbank.com>; Christopher Doyle <cdpar3@msn.com>
> **Subject:** Re: 377 Union progress
>
>> Jim
>> We are installing the cabinets and appliances. They are included in our budget
>>
>> Paul
>>
>> On Oct 19, 2017, at 11:02 AM, Jim Brennan <jbrennan@thefederalsavingsbank.com> wrote:
>>
>>> Paul,
>>>
>>> Thanks for sharing glad to see the progress. I understand the plan is to try an sell as a vanilla box (buyer does the kitchen and appliances).
>>>
>>> <image001.jpg> <image002.jpg>
>>>
>>> Jim Brennan, Vice President,
>>> The Federal Savings Bank | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607

2

direct: (312) 738-6081
fax: (312) 491-5368
email: jbrennan@thefederalsavingsbank.com

web: www.thefederalsavingsbank.com

<image003.jpg>

This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this information in error, please notify us.

**From:** Paul Manafort [mailto:pmanafort@dmpint.com]
**Sent:** Thursday, October 19, 2017 9:53 AM
**To:** Dennis Raico <draico@thefederalsavingsbank.com>; Jim Brennan <jbrennan@thefederalsavingsbank.com>
**Subject:** Fwd: 377 Union progress

Fyi

Begin forwarded message:

> **From:** "Susan Chandler" <susan@francisclein.com>
> **To:** "Paul Manafort" <pmanafort@dmpint.com>, "Brad Zackson" <zacksonb@dynamichakim.com>
> **Cc:** "Francis C Klein" <francis@francisclein.com>,
> **Subject: 377 Union progress**
>
> Hi Paul and Brad,
>
> We were at the building site this Tuesday and we are happy to report there has been a lot of progress. The job is going well.
>
> Please see the attached photos.
>
> Regards,
> Susan
> --
> Susan Chandler
> Associate Architect
> Francis C. Klein & Associates, Architects
> 38 Park Street, Montclair NJ 07042
> 973-783-0688