# EXHIBIT "B"

# Tom McGowan

**From:** Tom McGowan
**Sent:** Thursday, October 14, 2021 4:01 PM
**To:** 'Rodney Perry'
**Subject:** TFSB v. Manafort 21-cv-1400

**Importance:** High

Mr. Perry:

As you are aware, Defendant's responses to my client's documents demand were due yesterday. Your last minute request for an extension has not been granted. Please forward those responses immediately. Thank you.

Tom McGowan

Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 123
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
460 Park Avenue – 21st Floor
New York, NY 10022
Phone 212-201-1720



# Tom McGowan

**From:** Tom McGowan
**Sent:** Friday, October 15, 2021 11:05 AM
**To:** 'Rodney Perry'
**Subject:** RE: TFSB v. Manafort 21-cv-1400

????????????

**From:** Tom McGowan
**Sent:** Thursday, October 14, 2021 4:01 PM
**To:** 'Rodney Perry' <RPerry@rshc-law.com>
**Subject:** TFSB v. Manafort 21-cv-1400
**Importance:** High

Mr. Perry:

As you are aware, Defendant's responses to my client's documents demand were due yesterday. Your last minute request for an extension has not been granted. Please forward those responses immediately. Thank you.

Tom McGowan

Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 123
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
460 Park Avenue – 21st Floor
New York, NY 10022
Phone 212-201-1720



# Tom McGowan

**From:** Tom McGowan
**Sent:** Friday, October 15, 2021 11:43 AM
**To:** 'Rodney Perry'
**Subject:** The Federal Savings Bank v. Manafort 21-cv-1400
**Attachments:** 3093_001.pdf

Please see the attached. With full reservation of rights, please also advise the status of defendants' overdue responses to Plaintiff's document demand.

Tom McGowan

**From:** E Copy
**Sent:** Friday, October 15, 2021 11:45 AM
**To:** Tom McGowan <TomM@meltzerlippe.com>
**Subject:** Attached Image

# Tom McGowan

| | |
|---|---|
| **From:** | Tom McGowan |
| **Sent:** | Monday, October 18, 2021 11:10 AM |
| **To:** | 'Rodney Perry'; Matthew Crowl |
| **Subject:** | The Federal Savings Bank v. Manafort 21-cv-1400 |
| **Attachments:** | 3104_001.pdf |
| **Importance:** | High |

As per Plaintiff's responses to Defendants' document demand, attached are documents evidencing protective advances made by Plaintiff in connection with the Brooklyn premises.
As you are aware from my earlier communications, Defendants are in default of producing documents responsive to Plaintiff's document demand. Despite requests, and the fact that Defendants have not been granted an extension of time to respond to Plaintiff's document demands from the Court, you have yet to provide same. Please advise immediately whether it will be necessary for Plaintiff to move to compel and for sanctions.
Thank you.

Tom McGowan


**From:** E Copy
**Sent:** Monday, October 18, 2021 11:06 AM
**To:** Tom McGowan <TomM@meltzerlippe.com>
**Subject:** Attached Image

1

# Tom McGowan

**From:** Tom McGowan
**Sent:** Wednesday, October 20, 2021 11:26 AM
**To:** 'Rodney Perry'; 'Matthew Crowl'
**Subject:** RE: The Federal Savings Bank v. Manafort 21-cv-1400

Mr. Perry

Your failure to respond to my several requests for Defendants to produce documents as required leaves me no choice but to move to compel and seek sanctions. Be guided accordingly.

Tom McGowan

**From:** Tom McGowan
**Sent:** Monday, October 18, 2021 11:10 AM
**To:** 'Rodney Perry' <RPerry@rshc-law.com>; Matthew Crowl <mcrowl@rshc-law.com>
**Subject:** The Federal Savings Bank v. Manafort 21-cv-1400
**Importance:** High

As per Plaintiff's responses to Defendants' document demand, attached are documents evidencing protective advances made by Plaintiff in connection with the Brooklyn premises.

As you are aware from my earlier communications, Defendants are in default of producing documents responsive to Plaintiff's document demand. Despite requests, and the fact that Defendants have not been granted an extension of time to respond to Plaintiff's document demands from the Court, you have yet to provide same. Please advise immediately whether it will be necessary for Plaintiff to move to compel and for sanctions.
Thank you.

Tom McGowan


**From:** E Copy
**Sent:** Monday, October 18, 2021 11:06 AM
**To:** Tom McGowan <TomM@meltzerlippe.com>
**Subject:** Attached Image

1

# Tom McGowan

**From:** Tom McGowan
**Sent:** Wednesday, October 20, 2021 12:04 PM
**To:** 'Rodney Perry'
**Cc:** Matthew Crowl; Brendan Gerdes
**Subject:** RE: [EXTERNAL EMAIL]   RE: The Federal Savings Bank v. Manafort 21-cv-1400

Mr. Perry

You have not been granted an extension of time and your deadline is passed. Since you will not produce, apparently abrogating the Court's role as to an extension of time, you leave me with no choice but to move and to seek sanctions.

Tom McGowan

**From:** Rodney Perry <RPerry@rshc-law.com>
**Sent:** Wednesday, October 20, 2021 12:01 PM
**To:** Tom McGowan <TomM@meltzerlippe.com>
**Cc:** Matthew Crowl <mcrowl@rshc-law.com>; Brendan Gerdes <bgerdes@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: The Federal Savings Bank v. Manafort 21-cv-1400

Mr. McGowan,

As you know, on October 12, 2021, we filed a motion seeking additional time (until November 2, 2021) to respond to Plaintiff's request for production of documents that is still pending with the Court. Your insistence that Defendants serve responses to the requests in light of the pending motion for extension of time is completely unreasonable, especially since Plaintiff will not suffer any prejudice from the short extension requested, has itself failed to respond to Defendants' interrogatories, and has asserted baseless objections and refused to produce documents responsive to Defendants' document requests.

Given that you have not provided any rational basis for refusing to agree to the requested relief, Defendants plan to serve their responses to Plaintiff's document requests in accordance with the deadline requested in the October 12 motion.

Regards,

Rodney Perry
Direct: (312) 471-8731
Email: rperry@rshc-law.com



RILEY SAFER
HOLMES & CANCILA
rshc

**From:** Tom McGowan <TomM@meltzerlippe.com>
**Sent:** Wednesday, October 20, 2021 10:26 AM

1

**To:** Rodney Perry <RPerry@rshc-law.com>; Matthew Crowl <mcrowl@rshc-law.com>
**Subject:** [EXTERNAL EMAIL] RE: The Federal Savings Bank v. Manafort 21-cv-1400

Mr. Perry

Your failure to respond to my several requests for Defendants to produce documents as required leaves me no choice but to move to compel and seek sanctions. Be guided accordingly.

Tom McGowan

**From:** Tom McGowan
**Sent:** Monday, October 18, 2021 11:10 AM
**To:** 'Rodney Perry' <RPerry@rshc-law.com>; Matthew Crowl <mcrowl@rshc-law.com>
**Subject:** The Federal Savings Bank v. Manafort 21-cv-1400
**Importance:** High

As per Plaintiff's responses to Defendants' document demand, attached are documents evidencing protective advances made by Plaintiff in connection with the Brooklyn premises.
As you are aware from my earlier communications, Defendants are in default of producing documents responsive to Plaintiff's document demand. Despite requests, and the fact that Defendants have not been granted an extension of time to respond to Plaintiff's document demands from the Court, you have yet to provide same. Please advise immediately whether it will be necessary for Plaintiff to move to compel and for sanctions.
Thank you.

Tom McGowan

**From:** E Copy
**Sent:** Monday, October 18, 2021 11:06 AM
**To:** Tom McGowan <TomM@meltzerlippe.com>
**Subject:** Attached Image

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.