UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE FEDERAL SAVINGS BANK

                        Plaintiff,

-against-

PAUL J. MANAFORT, et al.

                        Defendants.

Case No. 21-cv-01400

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Matthew C. Crowl of the firm Riley Safer Holmes & Cancila LLP hereby withdraws his appearance on behalf of Defendants Paul J. Manafort and Kathleen B. Manafort. Defendants will continue to be represented by Attorney Bruce E. Baldinger, who filed an appearance in this case on November 30, 2021.

Date: December 6, 2021

Respectfully submitted,

/s/ *Matthew C. Crowl*
Rodney Perry (*pro hac vice*)
Matthew C. Crowl (*pro hac vice*)
Riley Safer Holmes & Cancila LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
T: 312.471.8700
F: 312.471.8701
rperry@rshc-law.com
mcrowl@rshc-law.com

Nafiz Cekirge
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, New York 10016
T: 212.660.100
F: 212.660.1001
ncekirge@rshc-law.com

*Attorneys for Defendants Paul J. Manafort and Kathleen B. Manafort*

1

# CERTIFICATE OF SERVICE

I, Matthew C. Crowl, certify that on December 6, 2021, I filed a copy of the foregoing document electronically using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: December 6, 2021 /s/ *Matthew C. Crowl*