UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE FEDERAL SAVINGS BANK,   Case No.: 21-cv-01400-LDH-MMH

              Plaintiff,

-against-   **REFEREE'S REPORT OF SALE**

PAUL J. MANAFORT, et al.,

              Defendants.
-------------------------------------------------------------X

I, Ira B. Warshawsky, Esq., the Referee appointed by and named in the judgment of foreclosure and sale, dated December 21, 2021 ("Judgment"), to conduct a sale at public auction of the mortgaged premises and to oversee the transfer of title in connection with said sale, does hereby respectfully report as follows:

FIRST: That I caused due notice of the sale of said mortgaged lands and premises on February 16, 2022, at 11 a.m. at a public auction held outside the front door of the Brooklyn Courthouse of the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, public notice of the time and place of such sale were given in accordance with RPAPL §231, in the Brooklyn Daily Eagle newspaper.

SECOND: That at the time and place for which said sale was noticed as aforesaid, I attended in person, and agreeably to such notice made known the terms of sale, offered the said mortgaged lands and premises for sale to the highest bidder. The Federal Savings Bank was the winning bidder at the sale with a credit bid in the sum of Four Million Seven Hundred Fifty Thousand Dollars ($4,750,000.00) that being the highest sum bid for said mortgaged lands and premises, and pursuant to the terms of said Judgment.

THIRD: The Plaintiff was the successful bidder and was not required to make any deposit pursuant to the terms of said judgment.

FOURTH: That Plaintiff thereafter assigned its winning bid to 377 Union Street LLC by an Assignment of Bid in the amount of $4,675,000.00, attached hereto and made a part hereof.

FIFTH: I have made, executed, acknowledged, and delivered to 377 Union Street LLC, as assignee of the winning bid made by Plaintiff The Federal Savings Bank, a good and sufficient deed of conveyance of the mortgaged lands and premises in accordance with the provisions of the Judgment.

SIXTH: I have allowed to Plaintiff the sum of Four Million Seven Hundred Fifty Thousand Dollars ($4,750,000.00), that being the winning bid offered by Plaintiff at the sale.

SEVENTH: That out of the balance of the purchase money credited to the Plaintiff, I have credited myself with the sum of Seven Hundred Fifty Dollars ($750.00), in accordance with the provisions of the Judgment, and paid over or disposed of the proceeds of sale as follows:

a. That I have received from Plaintiff the sum of Seven Hundred and Fifty Dollars ($750.00) as and for the fees and commissions to which I am entitled upon said sale.

b. That, since Plaintiff has waived the right to seek any deficiency against Defendants, I have not calculated any additional allowed costs, disbursements, and additional allowance awarded to the Plaintiff in the Judgment herein, the same being irrelevant in light of same.

Dated: Garden City, New York
April 8, 2022

Respectfully submitted,

*Ira Warshawsky* (signature)
Ira Warshawsky, Esq., Referee
990 Stewart Avenue
Garden City, New York 11530

4889-5445-4810, v. 2

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NASSAU      )

Ira Warshawsky, Esq., Referee, an attorney duly admitted to practice law in and before the courts of the State of New York, affirms the following to be true under penalty of perjury:

That I am the Referee duly appointed herein to make the sale in the above-entitled action and the officer who made such sale.

That the above report of sale signed by me is in all respects true and correct, and said report and statement annexed thereto contains a true, accurate, and complete report of the disposition of the proceeds of such sale.

Dated: Garden City, New York
       April 8, 2022

*/s/ Ira Warshawsky*
Ira Warshawsky, Esq., Referee