UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE FEDERAL SAVINGS BANK,

                         Plaintiff,

-against-

PAUL J. MANAFORT, et al.,

                         Defendants.

------------------------------------------------------------X

Case No.: 21-cv-01400-LDH-MMH

**STIPULATION OF CLOSURE**

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiff The Federal Savings Bank and Defendants Paul J. Manafort and Kathleen B. Manafort through their undersigned respective counsel that the above-entitled action may be closed by this Court on the ground that the mortgaged premises were sold at public auction pursuant to the Judgment of Foreclosure and Sale entered in this matter and Plaintiff previously waived its right to seek a deficiency judgment against Defendants. Hence, this case is concluded. This Stipulation may be executed in counterparts and via electronic signature.

Dated: April 12, 2022

**MELTZER, LIPPE, GOLDSTEIN
& BREITSTONE, LLP**

By: _____
Thomas J. McGowan, Esq.
*Attorneys for Plaintiff*
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300
tmcgowan@meltzerlippe.com

April 12, 2022

**LAW OFFICES OF
BRUCE E. BALDINGER, LLP**

By: _____ w/ permission
Bruce E. Baldinger, Esq.
*Attorneys for Defendants*
365 South Street
Morristown, New Jersey 07960
(908) 218-0060
bbaldinger@baldingerlaw.com

SO ORDERED:

_____
      U.S.D.J.
Dated: _____

1

4853-4079-7211, v. 1